UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FREDY ANDRES RODELICO,
Petitioner,
v.
MARKWAYNE MULLIN, et al.
Respondents.

Case No. 5:26-cv-03666-CV-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition (Dkt. 14), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 20). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Judgment shall be entered denying Ground 1 of the First Amended Petition and granting Ground 2.
2. Respondents shall release Fredy Andres Rodelico, a.k.a. Fredy

Rodelico Andres (A# 209-128-586) from custody unless, **within 7 days**, they provide him with a bond hearing before an immigration judge at which the Department of Homeland Security bears the burden of demonstrating that Petitioner is a flight risk or danger to the community.

DATED: 10/16/26

Cynthia Valenzuela

CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE