UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FREDY ANDRES RODELICO,
Petitioner,
v.
MARKWAYNE MULLIN, et al.
Respondents.

Case No. 5:26-cv-03666-CV-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that Ground 1 of the First Amended Petition is denied, and Ground 2 is granted.

DATED: 10/16/26

Cynthia Valenzuela

CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE